IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| DONALD LARSEN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 118-038 |
| ANDREW SAUL, Commissioner of Social Security Administration, | ) ) ) ) | |
| Defendant. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS IN PART** Plaintiff's motion for attorneys' fees, (doc. no. 26), and **AWARDS** attorneys' fees in the amount of $7,603.14 and expenses in the amount of $16.26.

SO ORDERED this 5th day of February, 2020, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA